AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:26-M -03987(1) |
| | § |
| (1) Merlin Josue SALGADO-Martinez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 05, 2026 in Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Merlin Josue SALGADO-Martinez, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Eagle Pass, Tx, Intl Bridge #2 on 02/01/2025, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title     **8**     United States Code, Section(s)     **1326(a)(1)**

.

I further state that I am a(n) **Border Patrol Agent, KOWALSKI, FRED L.** and that this complaint is based on the following facts: *"The defendant, Merlin Josue SALGADO-Martinez, was arrested by Border Patrol Agents, on July 05, 2026 for being an alien illegally present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ KOWALSKI, FRED L.
Signature of Complainant
KOWALSKI, FRED L.
Border Patrol Agent

07/08/2026
File Date

at   DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                    Case Number: DR:26-M -03987(1)

(1) Merlin Josue SALGADO-Martinez

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 02/01/2025 through Eagle Pass, Tx, Intl Bridge #2. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

| | |
|---|---|
| Signature of Judicial Officer | /s/ KOWALSKI, FRED L. |
| | Signature of Complainant |